

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                          312-435-5670
**Clerk**

Date: 7/28/20

**Addressee Information:**

**Andrew J. Annes**
Schenk Annes Tepper Campbell Ltd.
311 South Wacker Drive
Suite 2500
Chicago, IL 60606

RE: State/Randolph, L.L.C. v. Old Navy, LLC
USDC Case Number: 20cv4382

Dear Counselor:

The records of this office indicate that on    7/27/20       a notice of removal pursuant to 28 USC
1441 et seq. was filed with this court in connection with the above referenced matter.  The notice
lists the circuit court case number as   2020 -1705453  . The documents filed with the notice of
removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local Rules of this Court require that an
appearance form be filed by an attorney who intends to represent a party in any proceeding
before this Court. For your convenience, a copy of this form is located on the District Court
website at http://www.ilnd.uscourts.gov/OnlineForms.aspx.

Sincerely,
Thomas G. Bruton, Clerk

By: /s/A Ellis _____
     Deputy Clerk

Enclosure

Rev. 09/23/2016